UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNETTE J. STARK,

            Plaintiff,

  v.

MICHAEL J. ASTRUE,

            Defendant.

Case No. C11-856-BAT

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

(1) Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

(2) The Clerk of Court is directed to send a copy of this Order to plaintiff, and to issue summonses to plaintiff to enable proper service of the complaint on the appropriate parties. **It is the responsibility of plaintiff and plaintiff's attorney to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

(3) The Clerk is further directed to send to plaintiff a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.

DATED this 24th day of May, 2011.

                                            BRIAN A. TSUCHIDA
                                            United States Magistrate Judge